UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN BONILLA,<br><br>            Plaintiff,<br><br>vs.<br><br>LOVE, et al.,<br><br>            Defendants.<br>_____/ | 1:04-cv-05899-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 8)<br><br>**ORDER DISMISSING ACTION AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS** |

Plaintiff, Martin Bonilla ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 11, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within fifteen (15) days. To date, the parties have not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on January 30, 2006, as undeliverable. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
de novo review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendation to
be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendation, filed January 11,
2006, are ADOPTED in full;

   2.   This action filed pursuant to 42 U.S.C. § 1983 is
DISMISSED; and,

   3.   The Clerk is directed to enter judgment for defendants.
IT IS SO ORDERED.

668554**Dated:  February 10, 2006**          **/s/ Robert E. Coyle**
                                        UNITED STATES DISTRICT JUDGE